## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ELITA BOZEMAN, Mother and Guardian of the person and property of Kenneth Bozeman, an incapacitated person; as Guardian of B.B., a minor; as Guardian of A.B., a minor; and as Assignee of Karen Bonagua, Assignor,

                Plaintiff,

-vs-                                    Case No.  2:10-cv-102-FtM-36SPC

CHARTIS CASUALTY COMPANY, f/k/a American International South Insurance Company,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Parties Joint Motion to File Documents Under Seal and Notice of Compliance with Court Order Dated October 14, 2011 (Doc. #25) filed on October 27, 2011.  The Parties previously moved the Court to approve the settlement of this matter. On October 14, 2011, the District Court entered an order directing the Parties to submit the settlement documents for review by the Court and indicated that the Parties could seek permission to submit the settlement documents under seal.  (Doc. #23).  The Parties now move the Court for an order allowing them to file the settlement documents under seal.  The Court finds good cause to allow the settlement documents to be filed under seal as one of the conditions of settlement of this matter was that the amount of the settlement remain confidential.  The Court notes that a copy of the settlement documents have already been provided to the Court.  Therefore, the Court will direct the Clerk to file them under seal.  The Court also notes that the Parties have indicated that Mark Kapusta

has already been appointed a Guardian Ad Litem in this matter. Therefore, one does not need to be appointed by this Court.

Accordingly, it is now

**ORDERED:**

The Parties Joint Motion to File Documents Under Seal and Notice of Compliance with Court Order Dated October 14, 2011 (Doc. #25) is **GRANTED**. The Clerk of Court is directed to file the documents attached to the instant Motion as "Exhibit A" under seal. The Clerk of Court is directed to return the sealed documents to Plaintiff upon final disposition of this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this   31st   day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record